JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL MARKETING PROS, a California corporation<br><br>Plaintiff<br><br>vs.<br><br>RETIREMENT THRU DESIGN, a California corporation; BLAIR AARONSON, an individual,<br><br>Defendants | CASE NO. 2:20-cv-9331-JFW (MRWx)<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with prejudice filed by Financial Marketing Pros and Defendants Blair Aaronson and Retirement Thru Design, the Court hereby enters a dismissal with prejudice of the entire action. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: September 24, 2021

                                                Hon. John F. Walter
                                                United States District Court Judge